JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| HNL AUTOMOTIVE, INC. d/b/a Hooman Nissan of Long Beach, a Delaware Corporation,<br><br>Plaintiff,<br><br>v.<br><br>MICHAEL ATASHI, an individual; and DOES 1 through 10, inclusive,<br><br>Defendants. | Case No. CV12-5329 MWF (FFMx)<br><br>**JUDGMENT AND PERMANENT INJUNCTION** |

Plaintiff HNL AUTOMOTIVE, INC. d/b/a Hooman Nissan of Long Beach filed a Complaint for Damages and Injunctive Relief against Defendant Michael Atashi, whose default was entered by the Clerk of this Court on November 8, 2012.

NOW, THEREFORE, IT IS HEREBY ADJUDGED, ORDERED, AND DECREED that, pursuant to the Order Granting Plaintiff's Application for Default Judgment, Plaintiff HNL AUTOMOTIVE, INC., ("Plaintiff") shall have Judgment against Defendant MICHAEL ATASHI as follows:

1. For damages in the amount of **$963,156.00**;

2. For any post-judgment interest to which Plaintiff is entitled to pursuant to 28 U.S.C. § 1961;

3. For attorney's fees in the amount of **$22,590.12** pursuant to Central District of California Local Rule 55-3; and,

4. **PERMANENT INJUNCTION**

    a. Defendant Atashi and any person or entity acting in concert with, or at the direction of him, including any and all agents, servants,

employees, partners, assignees and any others over which he may exercise control are hereby restrained and enjoined pursuant to 15 U.S.C. §1116, from engaging in, directly or indirectly, or authorizing or assisting any third party to engage in, any of the following activities in the United States our throughout the world:

 i. using, otherwise making any use of, the registered trademark "hooman";

 ii. performing or allowing others employed by or representing him, or under his control, to perform any act or thing which is likely to injure Plaintiff, Plaintiff's "hooman" trademark, and/or Plaintiff's business reputation and/or goodwill;

 iii. engaging in any acts of federal and/or state trademark infringement, false designation of origin/unfair competition/false or misleading advertising, dilution, unfair business practices, unjust enrichment, or other act which would tend to damage or injure Plaintiff;

b. Defendant Atashi is ordered, pursuant to 15 U.S.C. §1125, to immediately transfer to Plaintiff the following domain names:

 i. "nissanoflongbeach.com"

 ii. "hoomanlongbeach.com"

DATED: April 8, 2013

_____
MICHAEL W. FITZGERALD
United States District Judge